ACCEPTED
03-14-00239-CV
4308282
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/27/2015 9:18:01 AM
JEFFREY D. KYLE
CLERK

NO. 03-14-00239-CV

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/27/2015 9:18:01 AM
JEFFREY D. KYLE
Clerk

## IN THE THIRD COURT OF APPEALS
## AT AUSTIN, TEXAS

_____

## DR. AMBER BROOKS, D.C.,
*Appellant,*

## v.

## TEXAS MEDICAL BOARD, et al.,
*Appellees.*

_____

### On Appeal from the 353rd Judicial District Court of Travis County, Texas
### The honorable Timothy Sulak presiding
### Cause No. D-1-GN-13-003617

_____

## APPELLEES' UNOPPOSED MOTION FOR LEAVE
## TO FILE POST-SUBMISSION BRIEF

_____

**TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:**

Pursuant to Tex. R. App. P. 38.7 and the Clerk's notice to the parties dated February 18 2015, Appellees; the Texas Medical Board and, in their official capacities only, Mari Robinson (Executive Director), Irvin E. Zeitler, Jr., D.O., and Paulette Southard; respectfully request the Court to grant them leave to file the supplemental brief attached hereto as Exhibit A.

Dated: February 27, 2015

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Division Chief, Administrative Law
Division

*/s/ Ted A. Ross*
Ted A. Ross
Assistant Attorney General
State Bar No. 24008890
OFFICE OF THE TEXAS ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-4191
Facsimile: (512) 320-0167
Email: ted.ross@texasattorneygeneral.gov

*Attorneys for Appellees Texas Medical Board, et al.*

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. 10.1(5), the undersigned certifies that he conferred with counsel for Appellant regarding the foregoing motion and was advised that he does not object.

/s/ Ted A. Ross
Ted A. Ross
Assistant Attorney General


## CERTIFICATE OF SERVICE

I hereby certify that, in compliance with Rule 9.5 of the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing document has been served on the following on this the **27th day of February 2015:**

Robert D. Simpson, Of Counsel          *Via: Electronic Service and email*
Andre D'Souza
Leichter Law Firm, PC
1602 E. 7th Street
Austin, Texas 78702
Email:  robert@leichterlaw.com
             andre@leichterlaw.com

/s/ Ted A. Ross
Ted A. Ross
Assistant Attorney General

EXHIBIT A

NO. 03-14-00239-CV

_____

IN THE THIRD COURT OF APPEALS
AT AUSTIN, TEXAS

_____

DR. AMBER BROOKS, D.C.,
*Appellant,*
v.

TEXAS MEDICAL BOARD, et al.,
*Appellees.*

_____

On Appeal from the 353rd Judicial District Court of Travis County, Texas
The honorable Timothy Sulak presiding
Cause No. D-1-GN-13-003617

_____

APPELLEES' SUPPLEMENTAL BRIEF

_____

**TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:**

Appellees; the Texas Medical Board and, in their official capacities only, Mari Robinson (Executive Director), Irvin E. Zeitler, Jr., D.O., and Paulette Southard (hereinafter collectively referred to as the "TMB") respectfully submit the following supplemental brief in the captioned appeal.

1.     The TMB submits this supplemental brief for the purpose of clarifying two points raised in the reply brief filed by Appellant, Amber Brooks ("Brooks") on August 11, 2014.

2.     On page 19 of her reply brief, Brooks states that the TMB referred to Tex. Gov't Code § 2001.052 in arguing that cease and desist proceedings are not subject to the Texas Administrative Procedure Act ("APA") in the first place. *See* the TMB's brief at 14. The TMB intended to refer to Tex. Gov't Code § 2001.054, not .052. (The TMB clearly referred to and discussed § 2001.054 on the same page of its brief to which Brooks refers).

3.     On page 21 of her reply brief, Brooks states that the TMB cited Tex. Occ. Code § 151.504(d) in support of its contention that the Veterinary Board's statute specifically provides that its cease and desist proceedings are subject to the APA. *See* the TMB's brief at 16. The TMB intended to refer to Veterinary Board rule 575.40(d)(2), which specifically provides that, in cease and desist proceedings, "the Board may refer the complaint and investigative file to the State Office of Administrative Hearings for a contested case proceeding (thus subjecting Veterinary Board cease and desist proceedings to APA procedures)." 22 Tex. Admin. Code § 575.40(d)(2). *Compare* TMB Rule 187.83(e), outlining detailed procedures for cease and desist proceedings before a TMB panel (and not the contested case procedures under the APA). 22 Tex. Admin. Code § 187.83(e).

Dated: February 27, 2015

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Division Chief, Administrative Law
Division

*/s/ Ted A. Ross*
Ted A. Ross
Assistant Attorney General
State Bar No. 24008890
OFFICE OF THE TEXAS ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-4191
Facsimile: (512) 320-0167
Email: ted.ross@texasattorneygeneral.gov
*Attorneys for Appellees Texas Medical Board, et al.*

3

## CERTIFICATE OF SERVICE

I hereby certify that, in compliance with Rule 9.5 of the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing document has been served on the following on this the **27th day of February 2015:**

Robert D. Simpson, Of Counsel      *Via: <u>Electronic Service and email</u>*
Andre D'Souza
Leichter Law Firm, PC
1602 E. 7th Street
Austin, Texas 78702
Email: robert@leichterlaw.com
       andre@leichterlaw.com


<u>/s/ Ted A. Ross</u>
Ted A. Ross
Assistant Attorney General

4